IN THE CIRCUIT COURT FOR SEVIER COUNTY, TENNESSEE

| | |
|---|---|
| SMOKEYS HOTEL MANAGEMENT INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENDURANCE AMERICAN SPECIALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 18-CV-786 III |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Ms. Rita Ellison
Circuit Court Clerk
Sevier County Circuit Court
125 Court Avenue, Suite 204E
Sevierville, Tennessee 37862

**PLEASE TAKE NOTICE** that Defendant Endurance American Specialty Insurance Company has on this day filed a Notice of Removal of this action to the United States District Court for the Eastern District of Tennessee. A true and correct copy of the Notice of Removal is attached hereto.

You are also advised that the Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of Tennessee, also filed a copy thereof with the Clerk of the Circuit Court for the State of Tennessee, Sevier County, to effect removal pursuant to 28 U.S.C. § 1446(d).

Dated this 3rd day of January, 2019.

EXHIBIT B

Respectfully submitted,

_P. Edward Pratt_

P. Edward Pratt (BPR No. 012758)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: (865) 549-7000
Fax: (865) 633-7208
Email: epratt@bakerdonelson.com

*Attorney for Defendant*
*Endurance American Specialty*
*Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served upon the following parties in interest herein by mailing same to the offices of said parties in interest by United States Mail with sufficient postage thereon to carry the same to its destination.

J. Brandon McWherter
Jonathan L. Bobbitt
Gilbert McWherter Scott & Bobbitt PLC
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067

Clinton H. Scott
Gilbert McWherter Scott & Bobbitt PLC
101 North Highland
Jackson, Tennessee 38301

This 3rd day of January, 2019.

_P. Edward Pratt_
Attorney

2