IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SMOKEYS HOTEL MANAGEMENT INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 3:19-CV-4** |
| ) | |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, hereby announce that they have compromised and settled all claims in this matter. At present, the parties are finalizing the necessary settlement documents relative to this action. The parties shall file a stipulation of dismissal within thirty (30) days of this notice.

Respectfully submitted,

MCWHERTER SCOTT & BOBBITT PLC

s/Clinton H. Scott
CLINTON H. SCOTT #23008
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
(731) 664-1340
clint@msb.law

J. BRANDON MCWHERTER #21600
JONATHAN L. BOBBITT #23515
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
(615) 354-1144
brandon@msb.law
jonathan@msb.law

*Counsel for Plaintiff*
*Smokeys Hotel Management Inc.*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/P. Edward Pratt *w/ permission by CHS*
P. EDWARD PRATT (BPR No. 12758)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
epratt@bakerdonelson.com

*Counsel for Defendant*
*Endurance American Specialty*
*Insurance Company*

# CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing Notice of Settlement has been mailed electronically via the Court's electronic filing system on this the 30th day of December, 2020 to all counsel of record.

P. Edward Pratt
Baker, Doneslon, Bearman, Caldwell & Berkowitz, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
epratt@bakerdonelson.com

                                                  s/Clinton H. Scott