IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SMOKEYS HOTEL MANAGEMENT INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-CV-4 |
| ) | |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

The parties to this action having reached resolution of all claims between them, hereby stipulate that the cause(s) of action of the Plaintiff against the Defendant are voluntarily dismissed with prejudice. Each party shall bear its own attorneys' fees and discretionary costs.

Respectfully submitted,

MCWHERTER SCOTT & BOBBITT PLC

s/Clinton H. Scott
CLINTON H. SCOTT #23008
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
(731) 664-1340
clint@msb.law

J. BRANDON MCWHERTER #21600
JONATHAN L. BOBBITT #23515
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
(615) 354-1144
brandon@msb.law
jonathan@msb.law

*Counsel for Plaintiff*
*Smokeys Hotel Management Inc.*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/ P. Edward Pratt *w/ permission by CHS*
P. EDWARD PRATT (BPR No. 12758)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
epratt@bakerdonelson.com

*Counsel for Defendant*
*Endurance American Specialty*
*Insurance Company*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing Stipulation of Dismissal has been mailed electronically via the Court's electronic filing system on this the 19th day of January 2021 to all counsel of record.

P. Edward Pratt
Baker, Doneslon, Bearman, Caldwell & Berkowitz, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
epratt@bakerdonelson.com

s/Clinton H. Scott